## STATE BOARD OF DENTAL EXAMINERS ET AL. v. LEMMON.

[No. 9,409.   Filed December 31, 1918.   Rehearing denied June 26, 1919.   Transfer denied October 6, 1920.]

From Vigo Circuit Court; *Charles L. Pulliam,* Judge.

Action between the State Board of Dental Examiners and others, and Grant B. Lemmon.  From the judgment rendered, the former appeals.  *Reversed.*

*Fred B. Johnson, Louis D. Tilley, Thomas P. Gallagher* and *Paul G. Davis,* for appellants.

*Jeffries & Wells* and *Duvall & Whitaker,* for appellee.

CALDWELL, J.—The questions involved in this appeal are substantially the same as those decided in *Indiana State Board, etc.* v. *Davis* (1918), 69 Ind. App. 109, 121 N. E. 142.

Under the authority of the decision in that case, the judgment appealed from in this case is reversed, with instructions to sustain appellants' motion for a new trial, and with permission to the parties to reform their pleadings if desired.